1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DEREK TODD,                              No.  2:13-cv-753-KJM-KJN PS

12                   Plaintiff,

13         v.                                 ORDER

14   KEIRITH BRIESENICK, et al.,

15                   Defendants.

16

17        On August 6, 2013, the court dismissed this action with prejudice.  (ECF No. 8.)  On

18   August 8, 2013, plaintiff, who had proceeded without counsel and in forma pauperis in the district

19   court, filed a notice of appeal.  (ECF No. 10.)  Thereafter, on August 13, 2013, the Ninth Circuit

20   Court of Appeals referred this matter to the district court for the limited purpose of determining

21   whether in forma pauperis status should continue for the appeal, or whether the appeal is

22   frivolous or taken in bad faith.  (ECF No. 12.)

23        "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it

24   is not taken in good faith."  28 U.S.C. § 1915(a)(3); see also Hooker v. American Airlines, 302

25   F.3d 1091, 1092 (9th Cir. 2002) (revocation of in forma pauperis status appropriate where district

26   court finds the appeal to be frivolous).  The good faith standard under 28 U.S.C. § 1915 is an

27   objective one.  Coppedge v. United States, 369 U.S. 438, 445 (1962).  A plaintiff satisfies the

28   "good faith" requirement if he or she seeks review of any issue that is "not frivolous."  Gardner v.

                                              1

1  Pogue, 558 F.2d 548, 551 (9th Cir. 1977) (quoting Coppedge, 369 U.S. at 445).

2      For the reasons stated in the May 16, 2013 findings and recommendations (see ECF No.

3  4), adopted by the district judge on August 6, 2013 (ECF No. 8), the court finds that the instant

4  appeal is frivolous.  The court thus certifies that plaintiff's appeal is not taken in good faith, and

5  concludes that plaintiff's in forma pauperis status should not continue for purposes of the appeal.

6      Accordingly, IT IS HEREBY ORDERED that:

7      1.  Plaintiff's in forma pauperis status is REVOKED.

8      2.  The Clerk of Court is directed to serve a copy of this order on plaintiff and on the

9  Ninth Circuit Court of Appeals.

10      IT IS SO ORDERED.

11  Dated:  August 15, 2013

12

13  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28